SCANNED

ADR

FILED
ALED

JUL 23 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

*Fees paid*
*$70*
*#100*
*$...*

Marie Arnold
10367 Perfect Parsley
Las Vegas, NV 89183
725-202-1325
In Pro Per

UNITED STATES OF DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**MARIE ARNOLD,**

C 19 04223

SVK

Plaintiff,

vs.

**UNITED STATES OF AMERICA**

Defendant,

CASE NO:

**WHISTLEBLOWER
VIOLATION OF EIGHTH
AMENDAMENTS
RACKTEER INFLUENED CORRUPT
ORGANIZED
CRUEL INHUMANE TORTURE UNSUAL
PUNISHMENT
NEGLIGENT EMOTIONAL DISTRESS
FRUADLENT CONCEALMENT**

1
2
3
4
5

## **JURISDICTION**

6
7

2. This Court has 28 U.S.C 1331 Federal Question Jurisdiction, arises under U.S. Constitution laws or treaties, Federal subject matter.

8
9
10

Plaintiff, Marie Arnold is natural person, citizen of state of Nevada

11
12

## **VENUE**

3. Venue is proper pursuant 28. U.S.C. 1391 in District of Nevada, Plaintiff lives in this State of Nevada,

13
14

Defendant is United States of America, government  incident happened in California.

15

## **INTRA- DISTRICT ASSIGNMENT**

16
17

4. This lawsuit is assigned to U.S. District Court, District of Northern California This incident happened Santa Clara County

18

## **Parties**

5. Plaintiff, Marie Arnold reside at 10367 Perfect Parsley St. Las Vegas, Nevada, 89183 Clark County natural person.

19
20

Defendant is United States of America, Federal subject matter, U.S. Constitution laws or treaties, Federal subject matter

21
22
23
24
25
26
27
28

## STATEMENT OF FACTS

Plaintiff Marie Encar A. Arnold, **U.S. Citizen,** naturalize, **non- criminal**. raise with step-father **CHP**, retired, **U.S. Marine Defense of United States of America, Federal DEA**. Plaintiff Marie Arnold work in Healthcare Worker for 13 years. Plaintiff has been suffering from cruel inhuman torture punishment everyday. Plaintiff and her family were expedited by **U.S. Congressman** 1983 to come to United States America. Plaintiff's Step Father Arnold plan to preserve their privileges and records and work for U.S. America government since child. Plaintiff Family to work for other Government Agency **U.S. Navy** and **U.S. Marines** and **U.S. Army.** Plaintiff father is State of California retired High Patrol **Hall of Fame** and Hero and greatest Dad. Plaintiff kept the promise from Plaintiff has been reporting the hate crime to the government Department of Justice, Department of Homeland Security, local Sheriff and PD and U.S. Congress to find the threat who violated the Eighth Amendments of U.S. Constitutions. Plaintiff was employed Stanford Healthcare 2016, Plaintiff was also employed in San Mateo County Hospital 2008, **San Mateo County has Jail** and Law enforcement. Plaintiff was discriminated San Mateo County over false medical condition. Hospital 2008. Plaintiff Arnold was bullied out of her Plaintiff Arnold was stuck with electro shocks in brain while working. Plaintiff and her daughter Monte Vista Apartment, Milipitas, CA lived across **ELM WOOD CORRECTIONAL PRISON**, State Prison committed mind abducted Prison Intelligences committed tortures of memories of shanking pain and suffering memory of prisoners to innocent people that live across from the State Prison. Plaintiff was suffering from mental disability induce/ inflicted/ programed CIA Projects, U.S. Healthcare Intelligence. Plaintiff was unsound mind. Plaintiff was

misdiagnosis with fatal disease from Medical Doctor, which she investigated proven it was mistake.

Plaintiff was being degrading through interception radio frequency through PMR transmission.

Plaintiff was having difficult time, finding a job. Force to be homeless. Plaintiff was being stalked by anti Government and corrupt official The "man voice command " making death threat, alien probing, alien abduction. The " man voice " making evil black mailing "  other man voice, paid to, torturing.  The "man voice" states he'll hurt my kids and me". This witness by government officials. The "man voice" command tells to poison Plaintiff food. The stalker has eye of evil.

dog watches and government officials are corrupt in California allows unlawful crime of tortures.

dog watches using GPS and satellite video surveillance and mind intelligences to track you.

Plaintiff and family were harm and injured in their health.  Plaintiff was unlawfully stalked, mental abuse and tortured, brutality. They use cruel inhumane torture unusual punishment and electro shock in your nerve. It violates human rights, Plaintiff is non prisoner. Plaintiff targeted by anti-government and officials preventing Plaintiff and her family the right to purse happiness and assert their civil rights. Plaintiff filed complaints to Department of Justice and FBI and Police Departments and Sheriffs and U.S. Marshall for witness protection program.  Plaintiff religion and reproductive system was targeted by anti- life in government and officials and non government, healthcare or insurance intelligence. Plaintiff was put in mind control hypnosis subconscious and her life and baby life was targeted. The handlers were using military tactics to target healthcare worker, abuse her reproductive system to force and manipulation, human experiments and medical tissue, The mastermind, handlers are conspired by Prison. Plaintiff was not hearing voice during manipulations, Plaintiff almost died from sepsis, domestic violence that was plotted premeditated crimes. The handler they use has relationships with City Oakland Prison System.

Defendant allowed this System that highly confidential secrets of brainwashing mind control.

Defendant participated in massacre and assault battery and hate crime target pregnant women.

1   Plaintiff suffered internal wounds and mental sick from Defendant RICO, Prison System Programs.

2   Defendant Prison Program degrading stalking innocent women. Defendant corrupted government

3   committed bribery to assault and cruel inhuman torture punishment to revenge plotted their crimes on

4   the victim. The satellite prevails the innocent of victim and witness. The Defendant tampered with a

5   witness, victim, informant.   Defendant assault and battery made threats with witnesses to conceal

6   their unlawful act violate the U.S. Constitutions and State Law. Discrimination against non-criminals

7   with privileges.  Plaintiff was lead in hostile environments and danger because of Defendant's

8   capability and programs Projects harm the Plaintiff family. concluded life insurance fraud. Plaintiff

9   was being minded control to  commit suicide. In her brain deep hypnosis government assination

10  projects. This ongoing harassment aggravating stalking, tampering with victims, witnesses and

11  informants. Plaintiff was fighting her civil case in State and Federal Court. The defendant obstructs

12
13  justice. Plaintiff sending her complaints distress complain to the Department of Justice and FBI SF,

14  NV since 2011,2015, 2016, 2017, 2018, 2019 hate crimes and the Civil Rights Division has

15  responded, awaiting right to Sue letter from the government. Plaintiff exhausted her administration

16  Remedy filing a report of hate crime to **950  Pennsylvania Ave N.W.  Washington, DC**

17
18  **20530**. Plaintiff to file a **(FTCA)**. The plaintiff targeted base on her religion, disability, career,

19  2019 hate crimes and Civil Rights Division has respond, Right to Sue letter from government.

20  Plaintiff to file federal claim. Plaintiff targeted base on her religion, disability, career, non- criminal.

21  Plaintiff exercise her witness statement by taste, smell, hearing, seeing, and feeling. Base on her

22  experience of brutality and target.  Human Rights has been violated and Plaintiff family has been

23  harm. in dispite, of all the torture and suffering for psychological mental abuse, develop traumatic

24  disorder. Plaintiff was conceal facts of unlawful electro shocks, degrading by the Government

25  Agency and Corrupt government officials. Plaintiff did not get a letter for her complaint of

26  electro shocking 2018 explaining investigation of cruel inhuman torture punishment and degrading

27
28

was from the Government prison program. Instead Plaintiff was sending abuse report to

to get more hurt. Plaintiff allege Defendant intentionally and negligently ignored, Plaintiff and her

daughters keeps getting electro shock and abuse by misuse government program. Finally what

Plaintiff was she seeking was reveal in U.S. Constitutional Law Book violation of 8th amendments

instead Plaintiff is not a criminal but they were conducting their unlawful human prison experiments.

Plaintiff excerise her rights that the unfairness that criminal minds should be abolished capabilities

mind abduction, mind reading, spying and tampering with health mental state of minds and

cyber hacking, internet crimes, and stealing asset and personal information bank account. Abolished

criminal activity in planting thoughts, plotted crimes. Plaintiff complaint prevail 100% that

state California is one biggest Capital Punishment State. There's 34 State Prison and 5 Federal

Prison. Defendant is responsible for mastermind , aggrivate stalking plot crimes on victims.

The State and Federal government force you to move "out of state." Plaintiff has license of

Department of Public Health and reported contamination water CDPH.  and former County

Employee, demand protection form Whistle Protection Blower. Plaintiff wrote a letter to Bills of

Rights for victims to be added for Protection who been violated in the Witness Protection Program.

## FIRST CLAIM FOR RELIFE

## FEDERAL SECTION CODE 42 U.S. CODE 2000dd

## PROHIBITION

## CRUEL INHUMANE TORTUE UNUSUAL PUNISHMENT

## CIVIL RIGHTS

1.  Plaintiff allege that Defendant intentionally permitted violation of cruel inhumane torture

unusual punishment and degrading treatment, inducing a heart attack, memory of prisoner

getting shank, mind abduction, realistic nightmare. All operated by **CIA.** The plaintiff and her little

girls were being tortured while sleeping and family members. This human experiments were conducted with family members. **Article 15 Freedom from Torture, inhumane or degrading treatment or punishment "No one shall be subjected to torture or cruel inhuman or degrading treatment"** on innocent people and children in apartment complex, discrimination race, religion, Defendant intentionally and willfully violated her Human rights the **United Nation 1465 U. NT.S 85** Plaintiff allege Defendant intentionally and accountable for permitting this cruel inhumane treatment on non- prisoners. Plaintiff Arnold is non- criminal **(EXHIBIT A)** Plaintiff Department of Justice live scan background check non- criminal. The plaintiff is being **targeted** by corrupt government officials who misuse the cruel inhumane torture unusual punishment. Plaintiff Arnold certain by this allegation is the truth because the Plaintiff was in the middle of litigations with State and Federal Court since 2015. Defendant deliberately intentional culpable for obstruction of justice during Plaintiff 2015 State Court and Federal Court hearing litigation, Defendant deliberately committed interference and made numerous death threats, hate crime and torture during the whole Litigation. Plaintiff live right across **ELMWOOD CORRECTIONAL FACILITY STATE PRISON.** Plaintiff and her family were human rights were sole violated by Prison torture.

2.Plaintiff allege Defendant intentionally for deliberately participating committing cruel inhumane torture punishment and human experiments of Psych wards. Their mind control, brain washing, hypnosis, from Mental health Hospitals in California.  For seeking emotional distress, major depression, **reproductive abuse,** was deliberately seduce and induce by MIND abduction and manipulation. Plaintiff was targeted deliberately mental abuse by handlers of projects and program and criminal activity that was under radar by U.S. Government. Plaintiff un ware of this capability therefore victimize. Plaintiff was healthcare worker for Kaiser Foundation, Metlife, General Life Insurance, Conspired hate crime, prison project cruel inhumane torture unusual punishment and

military projects, madusa, V2k, scare scrow.  drowning in water realistic nightmare, choking in your dreams, jabbing heart pain. Plaintiff was seeking medical doctor for torture. Medical upon request.

3. Plaintiff allege Defendant intentionally deliberately unlawfully conducting cruel inhumane torture with human and animals.  The Defendant committed unlawful crime and unconsented. This violated human rights. The Defendant is accountable for targeted and blacklisting for their government human Experiments. The Defendant is funding this programs to **Prison and human experiments** and **medical and animal experiments of torture.**

Plaintiff is **former worker for Stanford HealthCare 2015** and Defendant was permitting study **Stanford Prison experiments** with volunteer students psychology abuse and psychology tortures Experiments **(EXHIBIT B)** Stanford Prison Experiment.    Plaintiff struggled working with Stanford medical with high power electro shocks. Painful and tortures. Plaintiff unable to focus on Patients. Plaintiff allege Defendant culpable for pets animal abuse with cruel inhumane. Plaintiff's Stanford employment verification June 29,2015 **(EXHIBIT L )** Plaintiff was separation employment 2016 ADA mental disability discrimination. Plaintiff speculation because she live across State Elmwood Prison and Project housing the City of Milpitas waste management "smells" the whole entire city. The electro shock in your eyes, in your brain, rib cage.

4. Plaintiff allege Defendant State Prison and Federal System for intentionally committing cruel inhumane torture punishment on Plaintiff Arnold and her family live in Monte Vista Apartment. Plaintiff was unrevealed by leasing office that the apartment is projects housing. Which is right across from **ELMWOOD STATE  PRISON.**  The plaintiff and her daughter cried in pain, terrified by nightmares. The plaintiff daughters stated how "they hated the apartment how tortuous." Plaintiff couldn't make any moving decision because of the civil rights court case was on commencing. Plaintiff and her daughter dreed coming home to a feels like prison

with all psychological mental abuse and torture "like sleeping with in high voltage sandwich

between." Plaintiff and her daughters electro shock to brain, stomach, heart, rib cage, face, ankle,

head pulling and arm pulling, "Feels like nail jabbing into you." The degrading making death threats

and **DHS** conceals this evidence. " personally called **DHS** when my daughters life and mine was

threaten, Plaintiff mind was disoriented, distraught and disabled, unable to cook and clean.

Plaintiff was being torture and was having panic attack, from violent attack from torture, she call

**Department Homeland Security**, San Jose employee woman answered was reluctant to listen to my
report and brush me out 2015 –2016. Plaintiff felt neglected and upset and disappointed intentionally
Harm. Elmwood State Prison had wrongful death in Prison recently, not sure if any were cruel

inhumane torture was conducted of human experiments on them. To abolished Prison away far away
citizens apartments.  Prevent mind abduction on innocent people. Renters complain of crimes

of break ins car  and health hazard of recyled sprinkler (**EXHIBIT K**)

Plaintiff leasing contract Monte Vista Apartment right across from Prison (**EXHIBIT M** )

Plaintiff had complaint of nail in tire was in planted in her car, just a day before her hearing to Court.

A "man voice command" this crime using Security Surveillance, force or slave RICO

Plaintiff compliant to Milpitas Police Department (**EXHIBIT O** ) Plaintiff being verbally harass

by nieghbor and  " a man voice delaying message "death threat." or " get out."

5. Plaintiff allege Defendant intentionally is for deliberately permitting cruel inhumane torture

punishment after Plaintiff  went to **State of California Agency in SF**, demand Attorney General in

person to discuss about cruel inhumane torture right across from Plaintiff's apartment and

Sheriff investigation on Plaintiff complaints were neglected because Sheriff correctional is across

Plaintiff's apartment. Plaintiff was followed and struck in her brain soft tissue, nearly fainted to

couch, induce stroke. A man voice was harassing and abusive behavior.

6. **Plaintiff was former employee San Mateo County Hospital 2008.** Lab Asst. Plaintiff was discriminated **San Mateo County Sheriff has Jail and Law enforcement.** Plaintiff allege Defendant was doing unlawful stalking and aggrivate and cruel inhumane torture disrupted Plaintiff in her work at Kaiser. Plaintiff was being retaliated for reporting discrimination workspace in HR of how employee committed hardships and hinder Plaintiff ability to think while on duty at work. The County employee was being verbally insulting and bullying. This County has cruel inhuman torture capabilities. Plaintiff San Mateo County employment verification (**EXHIBIT P**) Plaintiff was inform she was being retaliated. Unlawful stalking by government employee..0

7. Plaintiff allege Defendant allowed Government officials with empowering capabilities to to abuse and torture even if against the law under the radar of government. And to plot crimes against innocent people to destroy their dignity and record. and Sate official intend harm conceal abuse. Asault battery of deadly weapon electronic harassment and memory of healthcare procedures.

8 Plaintiff allege Defendant is intentionally for pet dog passed away painful death because she was "chip", Star was torture by cruel inhumane torture punishment. Plaintiff and her family mourn from Star was target. Plaintiff would witness her shaken fear. "2019" Unlawful conduct, sick ritual to end lives using governments Prison program.

9. Plaintiff allege Defendant is intentionally  breach **U.S. Constitutional** on the 8th amendment rights, " Prohibit" to commit any cruel inhumane torture punishment.  The ban from country signatories and ratifications Article 16 Ban on cruel inhuman or degrading treatment. **U.S. State of America since April 18 1988, Committee against torture (CAT) U.S. and United Nation Convention against torture. (EXHIBIT C)**

10. Plaintiff allege The Defendant intentionally permitted for other government agency of Military and law enforcement arguments against other government agency disfavor each other regardless of indifferent of Respect and Integrity and Quality and Professional therefore commit discrimination among each other with cruel inhuman torture punishment. Therefore, victims are affected by their hate crime, between the minds.

11. Plaintiff allege that Defendant intentional permitted and allowed cruel inhuman torture punishment for "sicken ritual obsession" just before **a sport game.** Unlawful and willful crime. Defendant's  government corrupt officials attack the **innocent** family and Plaintiff son and daughter and friends.

12. Plaintiff allege that Defendant intentional permitted getting degrading in **<u>false accusation</u>** and lies to public and government to disfavor. Target her lifestyle.  Plaintiff family were getting targeted by Intelligences, Plaintiff family died induce coma, suscide, controlled substance abuse, and human healthcare experiments. Plaintiff family mind control victims and are force.  Plaintiff family suffered loss. Plaintiff has file DOJ to review hate crime.

13. Plaintiff allege Defendant intentional for Government Agency to misusing ease dropping "high" fequency deliberately to distraught Plaintiff's health ear to cause to impaired her ears. Defendant  for "voice in command" to toy around Plaintiff's family entice to fight and manipulation and envy hinders Plaintiff daily routine to raise her children. Induce mental anxiety and emotional distress. They create pressure and girls brain and give them head aces and bloody nose and daughters and son complaint of abusive nightmares.

14.Plaintiff allege Defendant permitted torture even after Plaintiff "**faxed her distress compliant**"

of hate crime report to DOJ Washington D.C.. Plaintiff get torture even more.  Reliance of

Government of employee cause their by neglect and  breach the duty to perform

accurate investigation requested from the victim. the shock internal in brain, soft tissue,

pain and suffering .and degrading of insult and threats and misuse of empowering

Remarks, name calling, disrupt while your driving. Plaintiff till today awaiting for conclusion

from Department of Justice.

15 Plaintiff allege Defendant intentionally permitted Government officials to  use manipulate

speculation by Corrupt official They gather cratasophe to attack you without reviewing evidences.

people in public complies with these voice command. Entice hate crime, discrimination

Plaintiff seeks recover for general damages and special damages and punitive damages to

pursuant 42. U.S.C. 1983. $5 Million


## **SECOND CLAIM FOR RELIFE**

## **18 U.S. CODE 1961 RACKETEER INFLUENCED CORRUPT ORGANIZATION**

## **INTENTIONAL BY GOVERNMENT OFFICIALS**

## **STATE AND FEDERAL**

15.Plaintiff allege that Defendant intentionally permitted RICO state of California, Plaintiff filed on

Governor Jerry Brown report complaint web site. Plaintiff report compliant about Kaiser

misdiagnosis and hate crime.  It was address to State of California, State Governor Jerry Brown.

Plaintiff was aggravate stalked all over California and harass. Plaintiff was being retaliated.

Plaintiff allege Defendant permitted and allowed Internet Security Comcast and ATT and private

Homeland Security Bay Alarm, ADT, First Alarm, Maltronics and Tyco Surveillance monitoring

System contracted with law Enforcement or Government to invade California privacy act.

Plaintiff did not hire this company for security expect for Maltronics and Comcast.  Insurance

company to invade privacy and commit harassment and stalking in the car and house. This company

entice break in and hate crime. Plaintiff  had break in her San Ramon, CA. Her house was tampered

with break in, she called Comcast who invade her internet computer system. The Defendant

accountable for conceal the break in. The Comcast security System concealed deleted break in.

Connerstone Apartment 1631 Ivy glen  2018, Monte Vista apartment Miliptas # D218 2015- 2017

Plaintiff to prove break in accord to review Department of Justice to internal investigation.

Plaintiff reported to local Police Department, no response for Police Department. Neglected,

Plaintiff allege Defendant intentionally permitted government officials with loud frequency

in PMR radio transmission, to stalk and harm Plaintiff family and her, put them hostile enviroment

and by dangerous people. By breaching Plaintiff and family to society and public even to anti-

government who break in house and apartment and tampered food.  The U.S. government

witnesses this unlawful misconduct along with companies. It not secret other victims are still been

attack by these Government official with great power capability misuse. Anti life brain washing all

good people. Plaintiff got hurt end up emergency hospital in pain.  The FBI SF is aware because

Plaintiff reported this crime. Government neglect is why how we get hurt... We are human too, we

follow the law and report abuse and to make to safe place for every life.... Defendant allowed to

steal and trade privacy personal information. Plaintiff seeks justice and compensation.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff allege that Defendant using **DHS** permitting **RICO** to vandalism to Plaintiff home, while being on vacation, disconnected security camera, This second time this happen, Plaintiff reported the incident to Las Vegas PD on phone, Plaintiff bedroom wallpaper were crumbled and torn. **(EXHIBIT I)**

Plaintiff allege that Defendant using **DHS** permitted criminal activity of **(RICO)** Plaintiff found little nut blots in center heater unit. It was in planted by someone so filter system would be hazard to your health. **(EXHIBIT J)**

Plaintiff allege that Defendant using **DHS** permitting other Driver to **(RICO)** harassment to intimated the Plaintiff in freeway by tail gating her car highway 680 and making middle finger. Plaintiff had two daughter in back seat sleeping.  Plaintiff called California Highway Patrol and reported hate crime and gave license plate of the reckless driver.

Plaintiff allege that Defendant permitted hate crime under the government radar and during Plaintiff litigation of Civil Rights. Plaintiff is being target by anti government.

Plaintiff allege that Defendant using **DHS** committed **(RICO)** to tamper into your car. Plaintiff car fuses were stolen to Plaintiff and family to hardship. Plaintiff car was park in Oakland Bart Station or parking space of Conner stone Apartment.  Plaintiff door handle has destroyed.

Plaintiff to file whistleblower Plaintiff states to Attorney General to investigate Plaintiff complaint. Plaintiff allege Defendant Government officials have connection and commits bribery trades secrets, hate crime target with other government agency.

16.Plaintiff allege that Defendant intentionally permitted Government officials was being mental abusive in his word. His identity was reveal by third eye. Plaintiff do not anything to provoke this kind of obsession behavior. He cause psychological mental abuse. Invading the 4th Amendments in your Bedroom. mind gang stalking, enticing, provoking anger, in planting thoughts, unlawful wiretapping. recording, plotting crimes and entice hostile environment.

17 Plaintiff allege Defendant is intentionally for permitting racketeer Influence corrupt organization, delaying death threats, malevolent, force someone hurt people. Bad practice government official conduct misusing radio frequency.

Psychological mental abuse for misdiagnosis breach in medical record. Government accountable for programs. Such as County and Federal to RICO make breach your medical records to whole U.S. Government because companies were Cyberhacker, government accountable for selling and trading breach personal information to companies and criminals, high risk for identity theft. Plaintiff was misdiagnosis with loathsome disease *(**Marie Dantes vs. Kaiser Foundation**)*

18.The Plaintiff went to Mayor office to let employees smell the contaminated water, she schedule water quality tester to come, never should up. All through emotional distress of cruel degrading and nightmares and torture, Conspired by California Billion Water Projects. Defendant culpable voice command of "man voice to tamper Plaintiff water source. Plaintiff and daughter had to request antibiotics from Medical to heal health and mind. Plaintiff filed a complaint Department of

Health Service to do investigation on their constipated water.  City of Milpitas employee fail their duty to conduct water testing.

19. Plaintiff allege Defendant intentionally allowed dirty water to infect my family and I and City to Mayor's employee to neglect it.  Plaintiff was get sick with dirty water and daughters from electro shock. As Plaintiff relocated a letter was posted at her door. **(EXHIBIT D)** Monte Vista Apartment stating water shut off to make necessary repairs to damages valve or pipe. After 6 months of dirty water routed they offer to fix it. Plaintiff already relocated. Plaintiff was not the only one complaint about dirty water. Other renters too. This target because of  **(RICO)** of man voice.

20. Plaintiff allege Defendant County of public health monitoring CDC of disease commits aggravating stalking and harassment and invading of privacy, defamatory and breaching within government radio stations. Plaintiff medical record breach Attorney General website of breaches.

21. Plaintiff allege Defendant intentionally for permitting plotted crimes on innocent people and targeted people on privileged people with good records to destroy the voting privilege.

22. Plaintiff allege Defendant culpable for **RICO,** tampering Water Company, Milpitas and Dublin for fixing the pipes were dirty water contaminated. Conspired by California Billion dollar water Project. That Plaintiff family got sicker from intentional harm neglect.  Plaintiff was walking to the Park in apartment complex when a sign "recycled water" for plants. The smell in my kitchen sink and bathroom had same smell musky recycled. City of Miipitas neglected because of Prison. Plaintiff was force to move.  Many other renters call in for complaints. Plaintiff move to Conner stone Apartment, CA  the Dublin and San Ramon to do water test. The tester he said the smell is some kind chemical, But did not fix pipes, instead

put chlorine. after awhile they stop the water treatment it became a threat again.  Plaintiff email to San Ramon and Dublin **(EXHIBIT Q)** We suffered and harm.  Complaints in news website Yahoo and Dublin resident did water laboratory test. She states from medical doctor it was threat the water contain: **Arsenic, chlorine, aluminum, fugus and mold and chemicals cause cancer and other disease. (EXHIBIT R)**    Plaintiff had hair loss, sick, tired and UTI for bathing, The medical doctor concluded suffering infections and prescribed Antibiotics. Plaintiff complaint to **State of Treasury** on email and they forward Dublin and San Ramon Water District The refuse to fix the pipes or find the connector that someone change, criminal activity. Medical record upon request.

23.Plaintiff allege Defendant intentionally neglect to risk people who are disabled or sick to get worsen or die from infection. Plaintiff was sick discovering about Billion Dollar Water Project. Was this intentionally to target me and my family of government.

24. Plaintiff allege Defendant intentionally for Intelligence, mind as arrogant, to practice deceit and intend harm threats. Using hypnosis on their slaves, RICO.  Defendant permitted RICO to steal and brake in people personal property. Destroy and contaminated tampered water.

25 Plaintiff allege Defendant intentional permitted for mind control sex slave the mind and RICO force. Defendant is culpable or invading your personal relationship with your partner. Invading 4th amendment allowing people to hear in. Family members and EX's.  Harassment while your in the shower. Defendant permitted to watch her kids take shower.

26. Plaintiff allege Defendant intentionally accountable for not securing victims in the witness protective program, witnesses government brutality, murder, robbing, child abandonment, endanger. Plaintiff has witnesses this thing and Government was breaching the witnesses. Getting

victims stalks and targeted by criminals or (**RICO**) corrupted government employee. misuses **DHS.**

27. Plaintiff allege Defendant intentionally allowed and permitted  identity theft "voices" someone was being Plaintiff voices. Assuming that Plaintiff was talking her mind. Plaintiff un ware of these capabilities was victimize by obession among government officials who got manipulate. "by the fake voice of Plaintiff is mind control victim, Plaintiff mind was being in plant while giving patient care to "jump of the bridge of SF" while working in Kaiser Peramente. Redwood City Plaintiff now can hear after 25 years later.  Plaintiff almost died to the conspiracy Same location area where teenagers committed suicide "jump to train." wrongful deaths.

Plaintiff would reading city daily news papers of tragic news. Plaintiff medical record upon request by Attorney General. Plaintiff does not talk in her mind at all. actual fact, Plaintiff emotional distress, mind control depression, isolation, mental abuse, treated with medication.

28.Plaintiff allege Defendant intentionally permitted food poisoning to be delayed to cooks, and Plaintiff and family to be put in harm. Target in Politics and anti government. This RICO and attempt murder, Plaintiff called Poison Control about cook appliance in a drink. Plaintiff witness a man tampering with her drink.

29. Plaintiff allege Defendant does not follow State and Federal regulations to report death and intentional abuse whether it's mind control or manipulation or mind abduction or (RICO)

30 Plaintiff allege Defendant of County tampered on Plaintiff's background check to prevent Plaintiff from getting hired. And delaying RICO and lies to managers to prevent hiring. Tampering with witness and informant and victims., cyber hacking, stealing assets,

personal information, bank account. tampering with credit score.

30 Plaintiff allege Defendant intentionally permitted handlers contracted  unlawful mind control
.Plaintiff had raised in California, Plaintiff almost died from MIND Control Handler
and mind adduction "women beater handler'' and "targeting pregnant women".
conspired by Oakland Prison. The plaintiff was using as a battlefield from MINDS.  The mind
controller and  handler induce to infect innocent people and victims.  Plaintiff has been aware of
their  fraudulent  criminal activity and projects. Plaintiff is victim to this crime, bruises and
head force trauma, bullied, emotional distress. Conspired by All Prison or military operation

31 Plaintiff allege Defendant to permit unlawful stalking using DHS and other home land security
 Plaintiff and her family obedience being aggravate stalked, torture with governments officials
 and Companies as witnessing the preparator committing unlawful crimes. U.S. Court System
 Witness protection programs and media and DJs. Small homeland Security surveillance and
Hospitals and Insurance company and U.S.  Marine Military and Navy Reserve, Vallejo, Air Force
base in New Mexico. All-State and Federal Prison committed to intend harm and attempt
murder using mind control and plotting crime. Psychology mental abuse. Violation 4th Amendments.

### THIRD CLAIM OF RELIFE

### NEGLIGENT OF EMOTIONAL DISTRESS

32 Plaintiff and her family felt like they were sleeping in the middle of high power electricity in
the apartment in Monte Vista across State Prison Elm Wood. Plaintiff report nail jabbing in sleep.
Plaintiff describes torture as cruel and as no one wanted to help. Defendant neglected our complaint
of pain and suffering  as we are U.S. citizen-driven out of our rights for 4th amendment to right to
secure in your own  home. Pain and suffering from intense medical Psychology therapy. Plaintiff

requested for antibiotics, pain in the stomach, ears, brain. The plaintiff and daughters cried at nights. Plaintiff hears screaming of people and children torture with disability. Plaintiff suffered for UTI, mental abuse and physical health problems. Prohibit of violation 8th Amendments. Emergency Hospitals late nights, threaten by electro shock, numerous times. CTS scan by neuroscience medical MD internal brain damages. Plaintiff rib cages are being move internally.

.

33. Law Enforcement contracted paid under the table to commit torture.  Stalking Law ignored by Government.  2015 State Governor  of California failure to comply State and Federal report abuse and stopped. Allowed unlawful misconduct and concealed within the government. degraded flawed struggled hard working innocent people.  pain and suffering and , mental anguished, psychology  mental abuse from degrading and hate crime.

45. Plaintiff and family had suffered psychological abuse and cruel inhumane torture operated by CIA  and RICO to people who tampered her water to deliberately to contaminated to fraudulent to sicken renters. Intentionally harm, with the EYE from U.S. Homeland Security GOV witnessing this wrongful conduct to target.

34. The plaintiff seeks medical Psychology for the mental state of mind. Therapy and Medical doctor for Antibiotics for the bacterial water bath. Water pipe were tampered and rerouted. physical illness to dirty water, mental psychology. suffering, weakness.

35. Plaintiff lives in biggest capital punishment  California state were your mind deliberately plots crime on you. Operated by CIA,  Conspired State, and Federal Prison and Military and U.S. Healthcare Intelligence to destroy your perfect health medical records. Plaintiff had to research capabilities and government conspiracy of intending harms and threats.

36 Plaintiff survived this 25 years unable to hear and unaware of the government system secret Intelligence conspiracy, Plaintiff is a daughter Federal DEA law enforcement and Retired State Trooper and the U.S, Marine, Plaintiff stepfather died and unlawful target and fraud poverty control and brainwashing and mind control victimize Plaintiff and her family as she was a misdiagnosis with the loath some disease to prevent getting the job.  Tears and pain dignity destroy, emotional distress. torture of degrading, psychology abuse.

37. Plaintiff and her family felt like they were sleeping in middle of high power electricity the apartment in Monte Vista. Plaintiff report nail jabbing in sleep. Plaintiff describe torture as cruel and as no one wanted to help. Defendant neglected our compliant of pain and suffering as we are U.S. citizen driven out of our rights for 4th amendment to right to secure in your own home. Pain and suffering intense medical Psychology therapy. Plaintiff requested for antibiotics, pain in stomach, ears, brain. Plaintiff and daughters cried at nights. Plaintiff hears screaming of people and children torture.  People delaying to "move out of state." Plaintiff was force to move Plaintiff struggled mental disability of mind unable to sleep and had fatal insomnia was induced by the government. The plaintiff was induce inflicted emotional distress.

38 Plaintiff and daughter suffered emotional distress , slander, defamation, insult, degrading Physical health antibiotics for Plaintiff and her children. Plaintiff called emergency response for help. Plaintiff stomach was painful and Plaintiff sob called San Ramon CA Emergency Response.

Plaintiff seeks punitive damages and special damages and general damages pursuant 42. U.S.C. 1983. $ 2 Million

## FOURTH CLAIM RELIFE

## FRAUDULENT CONCEALMENT DOCTRINE

39 Plaintiff has been diligence filling hate crime to Department of Justice headquarter Washington D.C. since 2015,2016,2017,2018.,2019. Plaintiff requested internal investigation from the Government. Plaintiff and her family were harmed by threats that Defendant allowed and permitted Defendant concealment of Government Agency and government official to ongoing permit harassment and abuse form electronic and mental psychological abuse. Plaintiff has received response document form Department of Justice of CIVIL Rights on target American of Disability was relevant 2016. (**EXHIBIT E**)  Department of Justice Plaintiff was being a target misdiagnosis fatal disease and government officials committed unlawful stalking and prevention job. Unlawful defamation from government officials and people with hate crime intends.

40 Plaintiff was informed, They abuse her kids, electronic harassment, Plaintiff daughters and son describe the painful electro shock for Sport games. Plaintiff unbale to prevent the abuse and Government Agency conceals abuse.

41 Plaintiff received response letter from Department of Justice of California
   Sheriffs in San Jose to conducted investigation 2016, Sheriffs DOJ failure to obligate
   thier investigation, Plaintiff never got response from the investigation. Because
   The investigation concluded a corrupted government official in Oakland and San Mateo in
   same Agency was harassing me. .(**EXHIBIT F**)

**42** Defendant is intentionally for breach of their duty, Plaintiff filed police report of hate crime to

1    Santa Clara PD online, Milpitas PD in person , FBI online, San Ramon PD online,

2    Antioch PD online about torture and stalker.  Plaintiff did not get any phone or respond.

3

4

5    **43**. Plaintiff attending her hearing in Oakland, Plaintiff was being attacked electro

6    shock driving to Court hearing. Plaintiff  complaint Judges to be heard about

7    the torture investigation.  The investigation of RICO was conceal by government

8    official . Plaintiff was force to move out the state by RICO threats and cruel inhumane

9    torture punishment. Defendant government Agency obstruct of justice civil defense, tampering

10   with victims informants, witnesses. were being fraudulent conceals.

11

12

13   44 Plaintiff allege Defendant is culpable for FBI Agency in San Fransisco failure to obligate duty

14   to response to distress complaint since 2011. Plaintiff filed online for

15   complaint, Plaintiff was neglected and was harmed was force homeless

16   After reporting hate crime to cruel inhumane torture punishment and induce heart

17   attack.

18

19

20   **45** Plaintiff allege Defendant failure to conclude the hate crime investigation therefore Plaintiff

21   was harmed and torture and defamation from empowering government officials

22   with dangerous capabilities, Plaintiff and her family are at risk from their unlawful

23   stalking using the satelite System misusing ease dropping fequency.

24

25

26   46 Plaintiff filed FTCA claim for government Prison (**EXHIBIT G**) Plaintiff

27   Claim was response by Attorney General of State of California to forward

28   The claim to 950 Pennsylvania Ave. NW Washington DC, Return signed Washington

D..C.  Department of Justice. On July 5,2019.

Defendant Agency Department of Justice response on Jan 18,2018 to no further proceeding for ADA **(EXHIBIT H)** refusing and denying to investigate.

**47.** Plaintiff allege Defendant  "General Inspector" was fraudulent concealment evidence of investigation cruel inhuman torture punishment for ,2015,2016,2017,2018,2019 of Department of Justice in Washington D.C. Plaintiff did not get a letter of respond. Because the Agency who unlawful harassing work in same government Agency Sheriff Dept. works together committing unlawful crimes in California. Government employee reliance breach their duty to perform investigation.

Plaintiff seeks punitive damages for $ 2 Million for pursuant 42. U.S.C. 1983

## FIFTH CLAIM RELIFE
## VIOLATION OF EIGHT AMENDMENTS
## U.S. CONSITIUTIONAL RIGHTS

48.  United States Constitution prohibits the federal, state and local government of the United States or any other government, or any corporation, private enterprise, group or individual from imposing excessive bail, excessive fines or cruel and unusual punishment in any part of the US. On U.S Property  US Embassy or against any US citizen or any resident of the U.S. This amendment. Human Rights and Bill of Rights. Plaintiff allege the prohibition against cruel and .unusual punishment has led court to hold that the Constitution totally prohibits certain kinds of punishment , such as drawing and quartering. Plaintiff allege Defendant

intentionally permitted unlawful cruel torture and degrading over and over and created

inflicted emotional distress  psychological mental abuse of trauma, physical abuse, soft tissue brain,

organs, Government CIA allowed to share mind with criminals with their tortures.

Plaintiff seeks punitive damages for $1 Million for 42 U.S.C. 1983

## **PRAYER FOR RELIEF**

For punitive damages for negligent emotional distress, personal injury $5 Million for general

damages for past, present and $5 million  pain and suffering, for shortening life

expectant due intentional crime tampering your health.  personal injury, FTCA total

$10 Million, Whistleblower Protection Act, Retrains Order, Witnesses Protection Program, Protected
Activity from ADA, Protective Order.

I declare under penalty of perjury under law of the state of California that foregoing is true and

correct.

Date July 23, 2019

Marie Arnold, Plaintiff
Pro Se