UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIE ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No.19-cv-05147-VKD<br><br>**ORDER REFERRING CASE AND REQUEST TO CONSIDER WHETHER CASES ARE RELATED** |

On August 19, 2019, pro se plaintiff Marie Arnold filed this action against the Attorney General of the United States and moved for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. Both the complaint and Ms. Arnold's IFP application state that this action is related to another case pending before the Honorable Susan van Keulen: *Arnold v. United States*, Case No. 19-cv-04223-SVK. Dkt. No. 1 at 6; Dkt. No. 2 at 4. Pursuant to Civil Local Rule 3-12(c), the undersigned refers this action to Judge van Keulen to consider whether the cases are related.

**IT IS SO ORDERED.**

Dated: August 20, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge