UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A ARNOLD,<br>　　　　　Plaintiff,<br>　　v.<br>UNITED STATES OF AMERICA, et al.,<br>　　　　　Defendants. | Case No. 19-cv-04223-SVK<br><br>**JUDGMENT** |

　　　　Pursuant to the Court's February 13, 2020 order granting Defendants' motion to dismiss, judgment is hereby entered in favor of Defendants and against Plaintiff.

　　**SO ORDERED.**

Dated: February 13, 2020

　　　　　　　　　　　　　　　　　　　　_Susan van Keulen_
　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge